```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CB1 CAPITAL ADVISORS LLC,                     :

                    Plaintiff,                :      ORDER

        -v.-                                  :
                                                     19 Civ. 11260 (KPF) (GWG)
1933 INDUSTRIES INC.,                         :

                    Defendant.                :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

The settlement conference scheduled for March 23, 2020 at 02:30 p.m. is hereby changed to a telephonic settlement conference. The parties are directed to arrange for a conference call (preferably toll free) that all parties and the Court may dial into. The parties shall provide the dial-in number to the court by means of an email sent to gorensteinsettlement@nysd.uscourts.gov in advance of the conference.

The submissions required by Docket # 18 remain due on March 17, 2020.

SO ORDERED.

Dated: March 16, 2020
       New York, New York

                                                  _____/s/_____
                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge